**Electronically Filed
Supreme Court
SCPW-15-0000004
10-FEB-2015
02:05 PM**

SCPW-15-0000004

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

EILEEN SHAVELSON, Petitioner,

vs.

THE HONORABLE CRAIG NAKAMURA, CHIEF JUDGE OF THE INTERMEDIATE
COURT OF APPEALS, STATE OF HAWAI'I, Respondent Judge,

and

KITAAMI, JEFFREY HIRANAKA, HARVEY HIRANAKA, and
MRS. MILTON (ANNA) HIRANAKA, Respondents.

---

ORIGINAL PROCEEDING
(CAAP-14-0001245; CAAP-13-0002205; CIVIL NO. 13-1-0137)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Eileen Shavelson's petition for a writ of mandamus, filed on January 5, 2015, the documents attached thereto and submitted in support thereof, and the record, it appears that Petitioner fails to demonstrate that the judges have not administered justice "speedily and properly" inasmuch as the Intermediate Court of Appeals considered CAAP-13-0002205 and CAAP-14-0001245, and recently dismissed the appeals for lack of jurisdiction. Petitioner, therefore, is not entitled

to the requested writ of mandamus.  See <u>Kema v. Gaddis</u>, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, February 10, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

